

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2014

No. 04-14-00580-CV

**CHRISTUS SANTA ROSA HEALTHCARE CORPORATION** d/b/a Christus Santa Rosa
Hospital- City Centre ("Christus"),
Appellant

v.

Irma **LOPEZ**, as Wrongful Death Beneficiary of Antonio Gonzales, Jr., Deceased,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07558
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Christus Santa Rosa Healthcare Corporation d/b/a Christus Santa Rosa Hospital – City Centre filed a notice of interlocutory appeal on August 11, 2014. The notice states Christus Santa Rosa is appealing the trial court's order signed August 7, 2014, that overruled its objections to appellee's expert report and denied its motion to dismiss. The clerk's record has been filed. However, the record does not contain a signed order denying appellant's motion to dismiss and the docket sheet does not reflect any order was signed on August 7, 2014.

The record contains a document entitled "JUDGE'S NOTES" that is dated July 16, 2014. The document is signed by the Honorable Barbara Nellermoe and contains a handwritten entry stating "Objections to report O/R. M/Dismiss denied." However, this court has held that "[a] judge's handwritten notes are for his or her own convenience and form no part of the record." *In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804584, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (citing *In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.)). Judge's notes do not constitute an appealable order. *See id.* Thus, it appears there is no judgment or order — final or interlocutory — from which appellant may appeal.

Accordingly, we order appellant to show cause **by September 8, 2014** why this appeal should not be dismissed for lack of jurisdiction based on the absence of an appealable order or judgment. We further order the appellate deadlines suspended until further order of this court.

_____

Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2014.



_____

Keith E. Hottle
Clerk of Court